CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL - 9 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:19mj86 |
| v. | ) | |
| | ) | SEALED |
| PAULETTE G. TOLLER | ) | |

## MOTION

Comes now the United States of America, by counsel, and moves the court to place and maintain the above-captioned criminal complaint and all accompanying documents under SEAL.

Respectfully submitted,

Randy Ramseyer
Assistant United States Attorney
Abingdon, Virginia