# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Paulette G. TOLLER<br><br>_____<br>*Defendant* | )<br>)  Case No. 1:19mj86<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Paulette G. TOLLER ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Schedule II, III, and IV Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), (b)(1)(E), and (b)(2)

Obtaining Controlled Substances by Fraud, in violation of Title 21, United States Code, Section 843(a)(3)

Date: 07/09/2019

*Issuing officer's signature*

City and state: Abingdon, Virginia    Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*