CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 21 2019

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. 4:19CR00028 |
| PAULETTE GENETHA TOLLER, | ) | PRETRIAL ORDER |
| Defendant. | ) | |

If a Plea Agreement is going to be executed for any defendant, it is

O R D E R E D

that same be accomplished no later than two (2) weeks prior to the trial date. Except for good cause shown, failure of defendant to execute the Plea Agreement on or before the two weeks prior to trial will result in loss of acceptance of responsibility.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

ENTER this 21st day of August, 2019.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE