IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case No: 4:19CR00028
)
PAULETTE GENETHA TOLLER, )
Defendant. )

## WAIVER OF SPEEDY TRIAL

I, Paulette Genetha Toller, hereby waive my rights under the Speedy Trial Act and expressly consent to the trial of my case being set outside the 70-day time limit imposed under said Act.

_____
Defendant

_____
Counsel

9/19/19
_____
Date