IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 24 2019

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 4:19CR00028 |
| | ) |
| PAULETTE GENETHA TOLLER | ) |

## ORDER

This cause came to be heard on motion of the defendant, Paulette Genetha Toller, by counsel, pursuant to Title 18 U.S.C. Section 3161(h)(8)(A), for a continuance in connection with the above styled matter, which is currently set for a jury trial commencing on October 3, 2019.

Upon consideration of the motion and for the reasons stated therein, the court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a Speedy Trial in that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation and/or agreed resolution of the case taking into account the exercise of due diligence.

Accordingly, it is hereby ORDERED that the speedy trial limit in this matter is continued to December 5, 2019 for trial.

ENTERED this 24th day of September, 2019.

/s/ Jackson L. Kiser
UNITED STATES DISTRICT JUDGE